**8**

Charles HERLIN et al., Plaintiffs in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 1, 1924.) No. 6670.

In Error to the District Court of the United States for the District of Minnesota. E. S. Cary, of Minneapolis, Minn., for plaintiffs in error. Lafayette French, Jr., U. S. Atty., of St. Paul, Minn.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.